# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-50459

D.C. Docket No. 1:11-CV-907

United States Court of Appeals
Fifth Circuit
**FILED**
May 6, 2014
Lyle W. Cayce
Clerk

SARAH DOE, on behalf of herself and all others similarly situated; KIMBERLY DOE, on behalf of herself and all others similarly situated; RAQUEL DOE, on behalf of herself and all others similarly situated; ANNA ROE, on behalf of herself and all others similarly situated; GEORGINA ROE, on behalf of herself and all others similarly situated; EMILY ROE, on behalf of herself and all others similarly situated; BETH ROE, on behalf of herself and all others similarly situated; CONSTANCE ROE, on behalf of herself and all others similarly situated,

       Plaintiffs - Appellees

v.

GEORGE ROBERTSON, ICE Contracting Officer's Technical Representative (COTR); JOSE ROSADO, ICE COTR,

       Defendants - Appellants

Appeal from the United States District Court for the
Western District of Texas, Austin

Before STEWART, Chief Judge, and GARZA and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is

reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

    IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendants-appellants the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: 2 5 AUG 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
          Deputy

New Orleans, Louisiana    2 5 AUG 2014